UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GARRETT MJ TALIF SOREZO,** Plaintiff, vs. **KAMALA HARRIS and BARACK OBAMA,** Defendants | **2:23-CV-12098-TGB-EAS** **JUDGMENT** |

Regarding the above-entitled matter having come before the Court on a civil rights complaint, in accordance with the Opinion and Order entered on this date, it is **ORDERED AND ADJUDGED** that the civil rights complaint is **DISMISSED WITHOUT PREJUDICE**.

s/Terrence G. Berg
HON. TERRENCE G. BERG
United States District Judge

Dated: August 24, 2023